IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DARRYL E. FORBES JR., | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | No. 4:16-CV-006-A |
| | § | (Consolidated with |
| LORIE DAVIS, Director, | § | No. 4:16-CV-175-A) |
| Texas Department of Criminal | § | |
| Justice, Correctional | § | |
| Institutions Division, | § | |
| | § | |
| Respondent. | § | |

## OPINION AND ORDER

On February 21, 2017, petitioner Darryl E. Forbes Jr. filed an application to proceed on appeal in forma pauperis and with supporting documentation. (Mot., ECF No. 24.) 28 U.S.C. § 1915(a)(1). After review and consideration of the prison's "In-Forma-Pauperis Data" for petitioner, this Court finds that he is financially able to pay the entire $505.00 appellate filing fee.

It is therefore ORDERED that petitioner's application to proceed in forma pauperis on appeal be, and is hereby, DENIED.

SIGNED February 22, 2017.

JOHN MCBRYDE
UNITED STATES DISTRICT JUDGE